UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA

-vs-

BENJAMIN DUANE JACKSON, SR.

CRIMINAL ACTION

NO. 15-13-JJB-SCR

**RULING ON REQUEST FOR APPOINTMENT OF COUNSEL
and
ORDER TO PAY PART OF COST OF REPRESENTATION**

Defendant's Request for Appointment of Counsel and Financial Affidavit have been considered. On his Financial Affidavit, the defendant did not answer the question, "Do you have any cash on hand or money in savings or checking accounts?" Defendant's reported expenses appear to include almost $1,000 per month for the cost of fueling, maintaining and insuring four vehicles. A large part of these expenses are likely part of the overhead of the company he works for (Capitol Pools, LLC) rather than his personal expenses. Considering that the defendant failed to state whether he has any checking or savings accounts (and if so, the amount of money in them), and excluding a part of his reported vehicle-related expenses, the court finds that the defendant has sufficient income to pay part of the cost of representation.

Accordingly, the Defendant's Request for Appointment of Counsel is granted, and this matter is referred to the Office of the Federal Public Defender for the purpose of either accepting the

FINANCE

appointment to represent the defendant or recommending counsel for appointment from the CJA panel.

Furthermore;

**IT IS ORDERED** that the defendant is required to pay the sum of **$100 per month to the Clerk of Court** in order to contribute to the cost of this representation.

Baton Rouge, Louisiana, November 19, 2015.

*Stephen C. Riedlinger*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE